FOWLER et al., Respondents, v. FOWLER et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1897.) Action by Molissa Fowler and others against Theodore Fowler and others. I. N. Miller, for appellants. A. Foulds, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

GARCZYNSKI, Respondent, v. RUSSELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Caroline R. Garczynski against Dorr Russell, individually and as executor. No opinion. Order affirmed, with costs. See 45 N. Y. Supp. 1141.

GARDNER, Appellant, v. TOWN OF COHOCTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Levi Gardner against the town of Cohocton. No opinion. Judgment affirmed, with costs. ·

GAVIGON et al., Respondents, v. LITTLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by Michael E. Gavigon and others against Louis McC. Little. No opinion. Order affirmed, with $10 costs and disbursements.

GEER, Respondent, v. KINDERHOOK ACADEMY, Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Sarah E. Geer against the Kinderhook Academy. No opinion. Judgment and order affirmed, with costs.

GERITY, Respondent, v. SEEGAR & GUERSNEY CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by William S. Gerity against the Seegar & Guersney Company and others. No opinion. Judgment affirmed, with costs.

GIBBONS et al., Respondents, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Michael Gibbons and Richard Gibbons against the Bush Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements, on plaintiffs' stipulating within two days that the bills of particulars heretofore served shall in all respects stand and be as effectual as if they had been made pursuant to an order of the court.

GILLETTE, Respondent, v. MAWSON, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Fannie Gillette against Rachel B. Mawson. M. L. Erlanger, for appellant. C. De H. Brower, for respondent. No opinion. Judgment affirmed, with costs.

In re GLEASON. (Supreme Court, Appellate Division, Third Department. October 1, 1897.) In the matter of the application for the removal of Leonidas B. Gleason from the office of supervisor. No opinion. Application for the removal of the above-named supervisor denied, on the ground that he is neither a town nor a village officer, within the provisions of chapter 573 of the Laws of 1896.

GLEN SALT CO., Appellant, v. BRADLEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by the Glen Salt Company against Walter H. Bradley. No opinion. Order reversed, with $10 costs and disbursements. See 45 N. Y. Supp. 568.

GOLDEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Martin Golden, Jr., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

GORSS, Plaintiff, v. ALLEN, Defendant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by John E. Gorss against John C. Allen. No opinion. In the matter of the examination of John C. Allen, judgment debtor, in proceedings supplementary to execution, upon the application of John E. Gorss, judgment creditor. Order affirmed, with $10 costs and disbursements.

In re GRADE–CROSSING COM'RS. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) In the matter of the application of the grade-crossing commissioners of the city of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of, and parties interested in, certain lands in the city of Buffalo, which may be injured, and claimed to be owned by Betsy A. Walker and others. No opinion. Order affirmed, with costs to the respondent Herrick, and pending disbursements only to each of the other respondents.

In re GREENE. (Supreme Court, Appellate Division, Second Department. October 5, 1897.) In the matter of the application of Joseph A. Greene for admission to the bar. No opinion. Application granted.

GRIESER v. BUFFALO & N. F. ELECTRIC RY. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Dominicus Grieser against the Buffalo & Niagara Falls Electric Railway. No Opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 1092.

GRUBE, Respondent, v. CITY OF ELMIRA, Appellant. (Supreme Court, Appellate Division, Third Department. October 1, 1897.) Action by Laura E. Grube against the city of Elmira. No opinion. Judgment and order affirmed, with costs.

GRUNDY, Appellant, v. CRANDALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Joseph C. Grundy against Margaret I. Crandall and others. No opinion. Judgment affirmed, with costs.